Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ANTUAN LARON MOORE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ANTUAN LARON MOORE, | ) | Case No.: 2:16-cv-01990-EFB |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | ) | |
| Defendant. | ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include March 7, 2017, in which to file Plaintiff's motion for summary judgment; and that all other deadlines set forth in the August 24, 2016 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

DATED: February 9, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE